# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Jul 05, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| BRADLEY EARL REGER | ) |
| | ) 2:23-mj-0099 DB |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    October 31 – November 7, 2009    in the    Eastern    District of    California    and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(c) | Engaging in Illicit Sexual Conduct in Foreign Places |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/ Russell Quiniola
*Complainant's signature*

Russell Quiniola, Special Agent,
Federal Bureau of Investigation
*Printed name and title*

Sworn to me and signed via telephone.

Date:    July 5, 2023

*Judge's signature*

City and state:    Sacramento, California        Deborah Barnes, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF FBI SPECIAL AGENT RUSSELL QUINIOLA
IN SUPPORT OF CRIMINAL COMPLAINT**

**INTRODUCTION**

I, Russell Quiniola, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since March of 2016. I am currently assigned to the Sacramento Division. While employed by the FBI, I have investigated federal criminal violations related to, among other things, violent crimes, child exploitation, kidnapping, and human trafficking. I have gained experience through training at the FBI Academy as well as through my work related to conducting these types of investigations and others. I have attended trainings on the use of investigative methods such as the online forensic tools to search and identify perpetrators and victims of child sex crimes. I have presented training courses on methods and procedures used for investigating federal human trafficking violations and coordinating resources for joint federal and state investigations of child exploitation crimes. Further, I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, including 18 U.S.C. § 2422 and 18 U.S.C. § 2423 and I am authorized to request a federal search warrant.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and does not set forth all of my knowledge about this matter.

**BACKGROUND OF THE INVESTIGATION**

3. Bradley Earl Reger ["Reger"], the defendant, sexually abused more than a dozen male patients between the ages of twelve and twenty-two under the guise of conducting purported medical examinations at his medical clinic in Susanville, CA, and in hotel rooms and camp sites all over the world. For years, up to and including at least 2020, Reger enticed and induced multiple victims to travel out of California on camping trips or church affiliated missions, where he would conduct unlawful sexual abuse in the guise of medical treatment. Additionally, from at least in or about 2009, up to and including in or about 2018, Reger enticed and induced victims to travel in interstate and foreign

commerce to his medical offices in Susanville, California, a city within the Eastern District of California, with a significant or motivating purpose of subjecting them to unlawful sexual abuse.

4. Reger is a licensed Nurse Practitioner with the California Board of Registered Nursing and has been since at least 2003. He has owned and operated several ambulance and flight ambulance businesses in Northeastern California and Northern Nevada, to include Mountain Lifeflight, Lassen Ambulance Service, Mountain EMS, Inc., and Mountain Lifeflight of Nevada for over three decades. He operated these businesses from offices in Susanville, CA. Since at least 1986, Reger has been heavily involved in various Christian schools, summer camps, youth groups, and church missions. He has held positions as a teacher, camp counselor, wrestling coach, church deacon, youth group leader, board member of various school boards, and owner of affiliated non-profit organizations.

5. On October 18th, 2022, the General Counsel for Church of the Nazarene based in Kansas, USA ["Church"], reported Reger for possible sexual abuse to Lassen County Child Protective Services ["CPS"] and to the Board of Registered Nursing, part of the California Department of Consumer Affairs ["DCA"]. CPS forwarded the allegation to Lassen County Sheriff's Office, which then contacted the FBI Sacramento Field Office on or around November 1, 2022. Also in early November, DCA requested assistance from U.S. Homeland Security Investigations ["HSI"] Sacramento to investigate the national and international criminal allegations. By mid-November of 2022, FBI, DCA, and HSI had all opened full investigations into the matter and had begun coordinating a joint criminal investigation ["Joint Investigation"] of REGER concerning allegations of sexual abuse of minors and adults.

6. On or about February 28, 2022, Victim #5[1] informed Church executive management that Reger had groomed him for sexual abuse when he was a minor and had sexually abused him under the guise of medical treatment, with escalating conduct from 2016 through 2020. The Church began an internal investigation of allegations of Reger's abuse in June of 2022.

7. The Church's internal investigators, the Fact Finding Ministry [FFM], identified between ten and fifteen minor victims and several more adult victims that alleged that Reger abused them under

---

[1] The full names of the victims are known to me but not included in this affidavit, which is being publicly filed. Instead, the victims will be referred to by victim numbers, according to a spreadsheet developed during the joint investigation into Reger.

AFFID. IN SUPPORT OF CRIMINAL COMPLAINT            2

the guise of medical treatment or examination. Further, the victims were abused during, or in connection with, interstate or international travel. FFM informed the Joint Investigation that there were several potential victims that had not yet been identified because FFM's investigation had focused only on victims within the Church and did not include other religious affiliated organizations such as schools, summer camps, and clinics, for which Reger had worked as a medical professional, teacher, or counselor.

8. In mid-November of 2022, the Joint Investigation discovered that the Susanville Police Department initiated criminal investigations of Reger in 2003, 2006, and 2007 based on multiple independent allegations of sexual abuse of minors.[2] I reviewed the 2003, 2006, and 2007 Susanville PD reports, which contained multiple complaints against Reger for abusing approximately twelve minor boys while he was in a position of trust, such as a teacher, wrestling coach, employer, or camp counselor. However, to my knowledge, none of these investigations resulted in criminal charges against Reger.

9. The Joint Investigation requested and received copies of the known Susanville PD reports and all known reports and recordings from the FFM investigation. The Joint Investigation reinterviewed approximately eight of the victims identified by FFM and interviewed law enforcement officers from the 2006 Susanville Investigation. These interviews revealed a consistent pattern of behavior that Reger used to identify and groom his victims and detailed reoccurring methods that he used to sexually abuse them under the guise of legitimate medical treatment.

**PROBABLE CAUSE FOR A VIOLATION OF 18 U.S.C. § 2423(c)**

10. I submit there is probable cause to believe that between on or about October 31, 2009, through November 7, 2009, BRADLEY EARL REGER [Reger] engaged in illicit sexual conduct in a foreign place, the Philippines, in violation of 18 U.S.C. § 2423(c). Specifically, Reger knowingly engaged in a sexual act with Minor Victim #3, who was between twelve and sixteen years old and was more than four years younger than Reger, in violation of 18 U.S.C. § 2243(a). In this instance, the sexual

---

[2] Susanville PD and Lassen County Sheriff's Office also investigated Reger in 1986 on allegations of sexual abuse of a minor. However, a written police report on this incident could not be located.

AFFID. IN SUPPORT OF CRIMINAL COMPLAINT     3

1 act was the intentional touching, not through the clothing, of genitalia with the intent to arouse or gratify
2 the sexual desire, as defined in 18 U.S.C. § 2246(2)(D).

11. The joint investigation interviewed Minor Victim #3, who primarily grew up in a foreign country. He first met Reger in 2008, when he was around eleven years old, when Reger and the Susanville Church's pastor at the time came to visit the foreign country. While there, Reger told Minor Victim #3's parents that boys need exposure to outdoor adventure and discussed the camping trips he led in Alaska. Reger invited Minor Victim #3 and his brother, Minor Victim #4, to join him on one of these excursions in 2009. Minor Victim #3 was too young for this first Alaska trip but joined them the following summer of 2010 when he was thirteen. Reger paid all expenses for Minor Victim #3 and Minor Victim #4, including flights into and out of Reno, meals, and hotels, and drove them to and from the Reno, Nevada airport. Minor Victims #3 and #4 were grateful for Reger's generosity.

12. During each trip that Minor Victim #3 participated on with Reger, including his trip to Alaska, Minor Victim #3 was subjected to a physical exam conducted by Reger. This exam usually consisted of two parts. The first was a medical checkup, during which Reger took a urine test and conducted a genital inspection. Minor Victim #3 remembered the genital inspection included touching of the testicles and penis. As a result of one of the urine tests, Reger "diagnosed" Minor Victim #3 with a UTI, although he did not remember having any symptoms. The second part of the physical exam was a mole inspection. Reger looked over Minor Victim #3's entire nude body for moles. Reger noticed a mole on Minor Victim #3's penis, which Reger described as concerning. Each time he conducted the mole inspection, Reger used his hands to move around his penis and instructed Minor Victim #3 to get an erection so he could better view the mole. During later trips, only a mole inspection was conducted.

13. In September 2009,[3] Reger invited Minor Victim #3 and his family to join a medical assistance mission to the Philippines. Reger bought plane tickets for Minor Victim #3 and his family, plus other Church members and medical providers, to travel to the Philippines from October 31, 2009 to

---

[3] Minor Victim #3 and his family initially stated that this trip occurred in 2010. Hotel, credit card, and airline records confirm that this trip happened between October 31, 2009 and November 7, 2009.

AFFID. IN SUPPORT OF CRIMINAL COMPLAINT        4

November 7, 2009. Reger's group provided medical supplies to clinics around the Philippines and handed out religious materials. At the time, Minor Victim #3 was 12 years old.

14. When he arrived in the Philippines, Minor Victim #3 had a cough that Reger diagnosed as pneumonia. He advised Minor Victim #3's family to let Minor Victim #3 stay with him in his Manila hotel room instead of traveling to a local clinic with the rest of his family. Minor Victim #3 stayed multiple nights in the hotel with Reger.

15. While in the hotel with Reger, under the guise of medical treatment for pneumonia, Reger conducted a physical exam on Minor Victim #3, including a mole inspection. During the mole inspection, Reger requested that Minor Victim #3 get an erection so Reger could better view the mole and handled Minor Victim #3's erect penis with his hand, not through the clothes and without gloves. Reger then instructed Minor Victim #3 to put his clothes on and gave him a long hug with a prayer.

16. This "exam" process repeated on every trip and continued at random times in hotel rooms or camper vans whenever Minor Victim #3 saw Reger. Reger continually discussed the dangers of skin cancer. He said the mole on Minor Victim #3's penis could cause impotence or otherwise affect sexual experience if it got bad. At the end of each exam, Reger noted the mole on his penis was concerning and needed further monitoring.

## CONCLUSION

17. Based on the above, I respectfully submit that there is probable cause that BRADLEY EARL REGER, committed the crime of illicit criminal conduct in a foreign place, in violation of 18 U.S.C. § 2423(c).

18. I request that the Court issue an arrest warrant for REGER.

I swear, under penalty of perjury, that the foregoing Information is true and correct, to the best of my knowledge, information and belief.

## REQUEST FOR SEALING

It is respectfully requested that this Court issue an order sealing, until further order of the Court, the Complaint, Complaint affidavit and Arrest Warrant. I believe that sealing these documents is

necessary to prevent potential destruction of evidence, and enable a safe arrest. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the investigation.

/s/ Russell Quiniola
Russell Quiniola
Special Agent, Federal Bureau of Investigation

Subscribed and sworn to before me on: July 5, 2023   by telephone pursuant to Fed. R. Crim. P. 41(d)(3).

Honorable DEBORAH BARNES
United States Magistrate Judge
Eastern District of California
Sacramento, California

APPROVED AS TO FORM BY:

/s/ Roger Yang
ASSISTANT UNITED STATES ATTORNEY

AFFID. IN SUPPORT OF CRIMINAL COMPLAINT    6

<u>United States v. Bradley Earl Reger</u>
**Penalties for Criminal Complaint**

<u>Defendant</u>
**BRADLEY EARL REGER**

| | |
|---|---|
| <u>**COUNT 1:**</u> | **BRADLEY EARL REGER** |
| VIOLATION: | 18 U.S.C. § 2423(c) – Illicit Sexual Conduct in a Foreign Place |
| PENALTIES: | A maximum of up to 30 years in prison; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of at least 5 years up to life |

SPECIAL ASSESSMENT: $100 (mandatory on each count); $5,000 under § 3014 (JVTA).

PHILLIP A. TALBERT
United States Attorney
ROGER YANG
CHRISTINA McCALL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Jul 05, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>BRADLEY EARL REGER,<br><br>    Defendant. | CASE NO. 2:23-mj-0099 DB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: July 5, 2023

_____
Hon. Deborah Barnes
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:23-mj-0099 DB |
| BRADLEY EARL REGER | ) | |
| | ) | **SEALED** |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRADLEY EARL REGER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

**18 U.S.C. § 2423(c) – Engaging in Illicit Sexual Conduct in Foreign Places**

Date: July 5, 2023

*Issuing officer's signature*

City and state: Sacramento, California

Deborah Barnes, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____, United States Magistrate Judge
*Printed name and title*